A1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, <br><br> Defendant. | CIVIL ACTION No. <br><br> 03 2221 MLW |

## CORPORATE DISCLOSURE STATEMENT OF BAXTER HEALTHCARE CORPORATION

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), plaintiff Baxter Healthcase Corporation ("Baxter") files this corporate disclosure statement.

1.      Baxter is a wholly owned subsidiary of Baxter International, Inc., a corporation whose shares are traded on the New York Stock Exchange.

2.      No publicly held corporation owns 10 percent or more of Baxter International, Inc.'s stock.

Dated:   November 12, 2003

BAXTER HEALTHCARE
CORPORATION,

By its attorneys,

_Katherine M. Hamill_
Donald R. Ware  BBO # 516260
Claire Laporte  BBO # 554979
Katherine M. Hamill  BBO # 639201
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000