AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

MASSACHUSETTS

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK. | 03 CV 12221 MLW |

TO: THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS (name and address)

Donald R. Ware
FOLEY HOAG, LLP
155 Seaport Blvd,
Boston, MA  02210

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  11/12-03

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                                   Signature of Server

                                                                           _____
                                                                           Address of Server

I, David I. Gindler, counsel for defendant The Trustees of Columbia University in the City of New York, am authorized to accept service of the complaint in this action on behalf of defendant and do hereby accept service.

Dated: 11/18/03        _____
                                Name

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.