UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | CIVIL ACTION No. 03-CV-12221 (MLW)<br><br>FILING FEE PAID:<br>RECEIPT # 52053<br>AMOUNT $ 50.00<br>BY DPTY CLK ___<br>DATE 11/26/03 |

**ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF
THOMAS S. BORECKI**

Pursuant to Local Rule 83.5.3(b), the undersigned attorney, a member of the bar of this Court who has previously filed an appearance in this action, hereby moves that Thomas S. Borecki be granted leave to appear and practice in this Court in the above-named action on behalf of plaintiff, Baxter Healthcare Corporation ("Baxter"). As grounds for this motion, the undersigned attorney states as follows:

1. The undersigned attorney is a member of the bar of this Court and serves as counsel of record for plaintiff in this action.

2. Mr. Borecki is a member in good standing of the bar of the highest court of the State of Illinois, the United States Supreme Court, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Federal Circuit, the United States Patent and Trademark Office, and the District Court for the Northern District of Illinois. He is Senior Patent Litigation Counsel for Baxter, having a business address at One Baxter Parkway, Deerfield, Illinois 60015.

3. Mr. Borecki is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, and there have been and are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

4. Mr. Borecki is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. Counsel for defendant has assented to the relief requested in this motion.

6. A certificate from Mr. Borecki in support of his admission *pro hac vice* is enclosed herewith.

WHEREFORE, the undersigned attorney requests that Thomas S. Borecki be granted leave to appear and practice on behalf of plaintiff in this action.

Dated: November 25, 2003

*Katherine M. Hamill*
Donald R. Ware  BBO # 516260
Claire Laporte  BBO # 554979
Katherine M. Hamill  BBO # 639201
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Attorneys for BAXTER HEALTHCARE CORPORATION

**Certification Pursuant To Local Rule 7.1(A)(2)**

The undersigned counsel for plaintiff, Baxter Healthcare Corporation, hereby certifies that she has conferred with counsel for defendant, The Trustees of Columbia University in the City of New York, and counsel for defendant has assented to the relief requested in this motion.

*Katherine M. Hamill*
Katherine M. Hamill

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 11/25/03
*Katherine M. Hamill*
or Fedex

- 2 -