UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | CIVIL ACTION No. 03-CV-12221 (MLW) |

## CERTIFICATE OF THOMAS S. BORECKI
## IN SUPPORT OF ADMISSION PRO HAC VICE

I, Thomas S. Borecki, certify as follows:

1. I am Senior Patent Litigation Counsel for Baxter Healthcare Corporation, One Baxter Parkway, Deerfield, Illinois 60015, the plaintiff in this action ("Baxter"). I make this certification in support of a motion that I be permitted to appear and practice in this court on behalf of Baxter in this action.

2. I am a member in good standing of the bar of the highest court of the State of Illinois (1987), United States Supreme Court (1991), Court of Appeals for the Seventh Circuit (1991), Court of Appeals for the Federal Circuit (1988), United States Patent and Trademark Office (1988) (Reg. No. 32,964), and District Court for the Northern District of Illinois (General Bar 1987, Trial Bar 1992).

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, and there have never been and are not now any disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 24, 2003.

_____
Thomas S. Borecki

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 11/25/03
Katherine McDonnell
or FedEx

18:482060