UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAXTER HEALTHCARE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | Civil Action No. 03-CV-12221 MLW |

## DISCLOSURE STATEMENT OF DEFENDANT COLUMBIA UNIVERSITY

Defendant The Trustees of Columbia University in the City of New York ("Columbia") submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and District of Massachusetts Local Rule 7.3.

Columbia has no parent corporation and there is no publicly held corporation that owns any interest in Columbia.

Respectfully submitted,

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK

By its attorneys,

*SMcC*

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900

        Morgan Chu
        David I. Gindler
        Jason G. Sheasby
        Irell & Manella LLP
        1800 Avenue of the Stars, Suite 900
        Los Angeles, California, 90067-4276
        (310) 277-1010
        (310) 203-7199 (fax)

Dated: November 26, 2003

## Certificate Of Service

I, Scott McConchie, hereby certify that on November 26, 2003, I caused a true copy of the foregoing **Disclosure Statement of Defendant Columbia University** to be served on the following:

    Counsel for Baxter Healthcare Corp.:

        **BY HAND**

        Donald R. Ware, Esq.
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA 02210-2600

        Claire Laporte, Esq.
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA 02210-2600

                                _____
                                Scott McConchie