UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BAXTER HEALTHCARE CORPORATION,

Plaintiff,

v.

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

Defendant.

CIVIL ACTION No. 03-CV-12221 (MLW)

## NOTICE OF WITHDRAWAL

Notice is hereby given of the withdrawal of Katherine M. Hamill as counsel for Baxter Healthcare Corporation ("Baxter") in the above-captioned case. Donald R. Ware, Claire Laporte, and Carla Miriam Levy of Foley Hoag LLP will continue as counsel for Baxter.

Dated: December 30, 2003

Respectfully submitted,

*Katherine M. Hamill*
Donald R. Ware   BBO # 516260
Claire Laporte   BBO # 554979
Katherine M. Hamill   BBO # 639201
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Attorneys for BAXTER HEALTHCARE CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 12/30/03.

*Katherine M. Hamill*
or Fedex