UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 JUN -2  P 2: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | CIVIL ACTION No. 03-12221-MLW<br><br>**STIPULATED ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST COLUMBIA UNIVERSITY** |

Whereas, Plaintiff Baxter Healthcare Corporation ("Plaintiff") filed this action on November 12, 2003, against Defendant The Trustees of Columbia University in the City of New York ("Defendant"); and

Whereas, the parties have entered into an agreement to settle Plaintiff's claims against Columbia on certain terms and conditions set forth in their agreement;

NOW, THEREFORE, the parties hereby stipulate and agree, by and through their respective counsel of record, that the Court enter the following Stipulated Order of Dismissal, which shall be binding upon them:

1.  The Court has specific personal jurisdiction over the parties for purposes of this action only.

2.  All of Plaintiff's claims against Defendant in the above-captioned action are hereby dismissed with prejudice.

- 2 -

3. The parties shall bear their own costs and attorneys' fees in connection with the above-captioned action. In addition, the parties waive all rights to appeal this Stipulated Order of Dismissal.

Dated: June 1, 2004                    FOLEY HOAG LLP


                                       By: _____
                                           Donald R. Ware
                                           Attorneys for Plaintiff Baxter Healthcare
                                           Corporation


Dated: 6/2, 2004                       GRIESINGER, TIGHE & MAFFEI, LLP


                                       By: _____
                                           Thomas F. Maffei
                                           Attorneys for Defendant
                                           The Trustees of Columbia University in the
                                           City of New York

BOS1377346.2

## ORDER

Pursuant to the Stipulation between Plaintiff and Defendant, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.	The Court has specific personal jurisdiction over the parties for purposes of this action only.

2.	All of Plaintiff's claims against Defendant in the above-captioned action are hereby dismissed with prejudice.

3.	The parties shall bear their own costs and attorneys' fees in connection with the above-captioned action. In addition, the parties waive all rights to appeal this Stipulated Order of Dismissal.

Dated: June 3, 2004

                                         HON. MARK L. WOLF
                                         UNITED STATES DISTRICT JUDGE